IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| William Holbert, et al., | ) Case No.: 3:12-cv-00347 |
| | ) |
| Plaintiffs, | ) Judge Timothy S. Black |
| | ) |
| v. | ) **ORDER** |
| | ) |
| Knight Transportation, et al., | ) |
| | ) |
| Defendants. | ) |

For good cause shown, *Plaintiffs Motion to Dismiss ¶12 Only from Plaintiffs' Complaint with Demand for Jury Trial* is hereby granted.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that ¶12 from Plaintiffs' Complaint is hereby dismissed.

_____10/28/13_____   _____Timothy S. Black_____
Date                            Judge Timothy S. Black

3