IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| William Holbert, et al., | ) | Case No.: 3:12-cv-347 |
| Plaintiffs, | ) ) ) | **DISMISSAL ENTRY** |
| v. | ) ) | |
| Knight Transportation, et al., | ) ) | |
| Defendants. | ) | |

The issues in this case having been fully compromised to the satisfaction of the parties, it is hereby stipulated that this action should be and hereby is dismissed with prejudice as to all Defendants, with each party to bear its own costs.

**IT IS SO ORDERED.**

_4/7/14_
Date

_Timothy S. Black_
Judge Timothy S. Black

Approved By:

/s/ Ronald F. Leonhardt
Ronald F. Leonhardt
Attorney for Plaintiff

/s/ Joseph W. Pappalardo
Joseph W. Papparlardo
*(via electronic mail consent)*
Attorney for Defendants

1